JPML FORM 1A

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 464 -- In re Sikorsky Aircraft Crash in Clermont County, Ohio, on Sept. 29, 1979

| Date | Ref. | Pleading Description |
|---|---|---|
| 81/03/23 | 1 | MOTION TO TRANSFER, AMENDED MOT. TO TRANSFER, BRIEF, SCH. OF CASES, AMENDED SCH. OF CASES, CERT. OF SVC., AMENDED CERT. OF SVC., REQUEST FOR EXPEDITED CONSIDERATION -- Amtel, Inc.<br>SUGGESTED TRANSFEREE DISTRICT: S. D. Ohio<br>SUGGESTED TRANSFEREE JUDGE: (ea) |
| 81/04/02 | | AMENDMENT TO HEARING ORDER FILED MARCH 23, 1981 -- Setting Motion to Transfer A-1 and A-2 for Panel Hearing in Washington, D.C. on April 30, 1981 (cds) |
| 81/04/02 | | APPEARANCES: BARRY J. NACE, ESQ. for Betty J. Piatt, et al.; JOSEPH L. TRAUTH, JR., ESQ. for Oak Surber, et al.; RALPH F. MITCHELL, ESQ. for United Technologies Corp.; GARY J. SERGENT, ESQ. for Amtel, Inc. and Fenn Manufacturing Co.; GARY W. ALLEN, ESQ. for U.S.A.; and Gordon C. Green, Esq. for Blue Ridge Ins. Co. and American States Insurance Co. (cds) |
| 81/04/02 | 2 | RESPONSE -- U.S.A. -- w/cert. of service (cds) |
| 81/04/06 | 3 | RESPONSE -- Oak Suber, et al. -- w/cert. of service (cds) |
| 81/04/07 | 4 | RESPONSE -- Pltf. A-1 Betty J. Piatt w/Brief and Cert. of Svc. (rew) |
| 81/04/16 | 5 | RESPONSE -- Ernestine Law Nixon -- w/cert. of serv. (cds) |
| 81/04/17 | 6 | REQUEST FOR EXTENSION OF TIME, AFFIDAVIT -- Blue Ridge Ins. Co. and American States Ins. Co. -- GRANTED TO AND INCLUDING APRIL 20, 1981 (cds) |
| 81/04/22 | 7 | RESPONSE -- Blue Ridge Ins. Co. and American States Ins. Co. -- w/cert. of service (cds) |
| 81/04/29 | 8 | REPLY MEMORANDUM -- Amtel, Inc. w/cert. of svc. (rew) |
| 81/05/06 | | ORDER DENYING TRANSFER OF A-1 and A-2. Notified involved clerks, counsel, judges and recipients. (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 464 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE SIKORSKY AIRCRAFT CRASH IN CLERMONT COUNTY, OHIO, ON SEPTEMBER 29, 1979

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 4/30/81 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 5/6/81 | MO (DENIED) | | | | |

Special Transferee Information

DATE CLOSED: _____

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 464 -- IN RE SIKORSKY AIRCRAFT CRASH IN CLERMONT COUNTY, OHIO, ON SEPT. 29, 1979

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Betty J. Piatt v. United Technologies Corp., et al. | M.D.Pa. Herman | 80-1075 | | | | |
| A-2 | Oak Surber, et al. v. United Technologies Corp., et al. | S.D.Oh. Porter | C-1-80-458 | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 464 -- In re Sikorsky Aircraft Crash in Clermont County, Ohio, on September 29, 1979

---

BETTY J. PIATT, ET AL. (A-1)
Barry J. Nace, Esq.
Paulson and Nace
4550 Montgomery Avenue
Suite 800-N
Washington, D. C.  20014

OAK SURBER, ET AL. (A-2)
Joseph L. Trauth, Jr., Esq.
Keating, Muething & Klekamp
18th Floor, Provident Tower
One East Fourth Street
Cincinnati, Ohio  45202


UNITED TECHNOLOGIES CORPORATION
Ralph F. Mitchell, Esq.
Rendigs, Fry, Kiely & Dennis
900 Central Trust Tower
Cincinnati, Ohio  45202

AMTEL, INCORPORATED
FENN MANUFACTURING CO.
Gary J. Sergent, Esq.
O'Hara, Ruberg, Osborne and Taylor
P. O. Box 187, 600 Greenup Street
Covington, Kentucky  41012

UNITED STATES OF AMERICA
Gary W. Allen, Esq.
Assistant Director
Torts Branch, Civil Division
U. S. Department of Justice
Washington, D. C.  20530

BLUE RIDGE INSURANCE CO.
AMERICAN STATES INSURANCE CO.

Gordon C. Greene, Esq.
2000 Central Trust Center
201 E. Fifth Street
Cincinnati, Ohio  45202

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 464 -- In re Sikorsky Aircraft Crash in Clermont County, Ohio, on Sept. 29, 1979

| Name of Party | Named as Party in Following Actions |
|---|---|
| United Technologies Corp. *Sikorsky Aircraft Div.* | A-1, A-2 |
| ~~Sikorsky Aircraft Div.~~ *a part of United Tech.* | A-1 |
| State of Alabama *DISM.* | A-1 |
| Amtel, Inc. | A-2 |
| United States of America | A-2 |
| Blue Ridge Insurance Co. | A-2 |
| American States Insurance Co. | A-2 |
| *[illegible handwriting]* | A-1 |