JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

MAY -6 1981

PATRICIA D. _____
CLERK OF THE PANEL

DOCKET NO. 464

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE SIKORSKY AIRCRAFT CRASH IN CLERMONT COUNTY, OHIO, ON SEPTEMBER 29, 1979

ORDER DENYING TRANSFER*

Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, brought by Amtel, Inc., a defendant in the two actions listed on the attached Schedule A, for transfer of the action pending in the Middle District of Pennsylvania to the Southern District of Ohio for coordinated or consolidated pretrial proceedings with the action pending there.

On the basis of the papers filed and the hearing held, we find that Section 1407 transfer would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of the litigation. Given the minimal number of actions before us, movant has failed to persuade us that any common questions of fact involved in these two actions are sufficiently complex, and that the accompanying discovery will be so time-consuming, as to justify Section 1407 transfer. See In re Scotch Whiskey Antitrust Litigation, 299 F. Supp. 543, 544 (J.P.M.L. 1969). We note that suitable alternatives to transfer exist in order to minimize the possibility of duplicative discovery and/or conflicting pretrial rulings. See, e.g., In re Penitentiary Postal Procedure Litigation, 465 F. Supp. 1293, 1294-95 (J.P.M.L. 1979); In re Commercial Lighting Products, Inc. Contract Litigation, 415 F. Supp. 392, 393 (J.P.M.L. 1976). See also Manual for Complex Litigation, Parts I and II, §§3.11 (rev. ed. 1977).

IT IS THEREFORE ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

\* Judge Fred Daugherty took no part in the decision of this matter.

SCHEDULE A

MDL-464 -- In re Sikorsky Aircraft Crash in Clermont County, Ohio, on September 29, 1979

      Middle District of Pennsylvania
Betty J. Piatt v. United Technologies Corp., et al., C.A. No. 80-1075
      Southern District of Ohio
Oak Surber, et al. v. United Technologies Corp., et al., C.A. No. C-1-80-458